IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DR. ROBERT THEODORE WEIDOW, PH.D.,
    Plaintiff,

vs.                                        CASE NO.: 3:07cv510/LAC/MD

MIKE ANDERSON, et al.,
    Defendants.

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 11, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     This case is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.     In the alternative, this case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

4. All pending motions are DENIED as moot.

5. The clerk is directed to close the file.

**DONE AND ORDERED this 16th day of January, 2008.**

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**